# Order

Michigan Supreme Court
Lansing, Michigan

September 20, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158819 & (22)(30)

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

ROBIN EMANUEL HAMMOCK,
Defendant-Appellant.

SC: 158819
COA: 343893
Wayne CC: 06-014450-FC

_____/

On order of the Court, the application for leave to appeal the October 23, 2018 order of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. In the answer, the prosecuting attorney shall address: (1) whether the trial court failed to "carefully consider the newly discovered evidence in light of the evidence presented at trial," *People v Grissom*, 492 Mich 296, 321 (2012); (2) "whether a *reasonable juror* could find the testimony credible on retrial," *People v Johnson*, 502 Mich 541, 567 (2018); and (3) whether the newly discovered evidence makes a different result probable on retrial. *Id*. at 566, 571-572. The motion for bond pending appeal and the motion for peremptory reversal are DENIED.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2019



Clerk

s0917